JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BANDARI dba L.A. ART CABINETRY and DOES 1–10,<br><br>Defendants. | Case No: 2:22-CV-05477-CAS-ASx<br><br>Honorable Christina A. Snyder<br><br>**FINAL JUDGMENT** |

In accordance with the Court's August 10, 2023 Order granting summary judgment in favor of plaintiff, the Court has resolved all of the claims pending in this action.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case in favor of plaintiff Associated Industries Insurance Company and against defendant Robert Bandari. Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 10, 2023

*Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE